Cooke, or pay him Eighteen pounds eight Shillings four pence money and costs of Court granted twenty Seven Shillings six pence.

Execution issued for costs. 7º feb\(^r\) 1679.

### FRENCH cont\(^a\) ROSE

Stephen French plaint. cont\(^a\) Roger Rose Defend\(^t\) The plaint. withdrew his accion.

### PHILLIPS cont\(^a\) LOWLE

Eleazer Phillips plaint. cont\(^a\) John Lowle and Joseph Lowle Defend\(^{ts}\) according to attachm\(^t\) The plaint. withdrew his Accion.

### HALLIT cont\(^a\) ATHERTON

George Hallit plaint. cont\(^a\) Watching Atherton & Timothy Mather Defend\(^{ts}\) The plaint. withdrew his accion upon the Defend\(^{ts}\) confessing Judgem\(^t\)

### GREENWOOD cont\(^a\) Pinke Jndustry

Nathaniel Greenwood Shipwright plaint. cont\(^a\) the Pinke Jndustry whereof William Harris now is or late was ma\(^r\) Defend\(^t\) for non payment of the Summe of thirty eight pounds one Shilling five pence money due to the plaint. for worke done & money expended and engaged for the necessary repaire of the s\(^d\) Pinke whils't Shee lay at the plaint\(^s\) yard as shall appeare by accompt with all damages &c\(^a\). . . . The Jury . . . found for the plaint. thirty eight pounds five pence money and costs of Court.

### HEATH cont\(^a\) HOMES

Thomas Heath plaint. cont\(^a\) Henry Homes Defend\(^t\) according to attachm\(^t\) The plaint. was nonsut\(^d\) in failure of giving Summons.

### SMALLAGE cont\(^a\) WILLIAMS

William Smallage plaint. cont\(^a\) Rich\(^d\) Williams Defend\(^t\) for witholding the Summe of ten pounds fourteen Shillings money due to this plaint. for worke done for s\(^d\) Williams as shall appeare according to attachm\(^t\). . . . The Jury . . . found for the Defend\(^t\) costs of Court.

### BUMSTEED cont\(^a\) HEWSON

Jeremiah Bumsteed plaint. cont\(^a\) Thomas Hewson Defend\(^t\) The plaint. withdrew his Accion.